```
 1  William S. Klein (State Bar No. 121792)
    Allonn E. Levy (State Bar No. 187251)
 2  Dori L. Yob (State Bar No. 227364)
    HOPKINS & CARLEY
 3  A Law Corporation
    The Letitia Building
 4  70 S First Street
    San Jose, CA  95113-2406
 5
    *mailing address:*
 6  P.O. Box 1469
    San Jose, CA 95109-1469
 7  Telephone:    (408) 286-9800
    Facsimile:    (408) 998-4790
 8
    Attorneys for Plaintiff
 9  TIMOTHY GENS
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TIMOTHY GENS,<br><br>              Plaintiff,<br><br>v.<br><br>GARY FERRELL,<br><br>              Defendant. | CASE NO. 3:05-CV-02183-EMC<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF TIMOTHY GENS' MOTION TO REMAND CASE TO SAN MATEO COUNTY SUPERIOR COURT**<br><br>Date:     August 3, 2005<br>Time:    10:30 a.m.<br>Judge:   Honorable Edward M. Chen |
| GARY FERRELL,<br><br>              Cross-Complainant,<br><br>v.<br><br>TIMOTHY GENS,<br><br>              Cross-Defendant. | |

**TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff Timothy Gens (hereinafter "Gens") hereby requests, pursuant to Federal Rule of Evidence 201, that this court take judicial notice of the following:

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

431260.1

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF TIMOTHY GENS' MOTION TO REMAND CASE TO SAN MATEO COUNTY SUPERIOR COURT

1. Gens' complaint in this action filed April 21, 2004, a true and correct copy of which is attached hereto as **Exhibit A**;

2. The proof of service of summons for Gary Ferrell, served on April 22, 2004 and filed on April 28, 2004, a true and correct copy of which is attached hereto as **Exhibit B**;

3. The State Court's order dated July 16, 2004 (denying Ferrell's motion to disqualify), a true and correct copy of which is attached hereto as **Exhibit C**;

4. The State Court's order dated February 24, 2005 (granting in part Gens' motion to compel responses to request for production of documents), a true and correct copy of which is attached hereto as **Exhibit D**;

5. The State Court's order dated January 10, 2005 (denying Ferrell's motion to quash), and the Court's amended order (by stipulation) dated January 27, 2005, true and correct copies of which are attached hereto as **Exhibit E**;

6. The court's order dated May 24, 2005 (granting in part Gens' motion to compel documents identified in SEZ's privilege log), a true and correct copy of which is attached hereto as **Exhibit F**;

7. The stipulation and order permitting Gens to file a first amended cross complaint, filed on or about May 18, 2005, a true and correct copy of which is attached hereto as **Exhibit G**;

8. Gens' amended complaint filed on or about May 19, 2005, a true and correct copy of which is attached hereto as **Exhibit H**;

9. Ferrell's notice of removal to federal court (without exhibits) filed on or about May 27, 2005, a true and correct copy of which is attached hereto as **Exhibit I**;

Dated: June 16, 2005

Hopkins & Carley
A Law Corporation

By: _____
Allonn E. Levy
Attorneys for Plaintiff
TIMOTHY GENS

431260.1

- 2 -

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF TIMOTHY GENS' MOTION TO REMAND CASE TO SAN MATEO COUNTY SUPERIOR COURT