FILED

SEP 2 6 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TIMOTHY GENS,

    Plaintiff,

    v.

GARY FERRELL and DOES 1-50, inclusive,

    Defendants.

No. C 05-2183 MHP

**ORDER**
**Re: Attorneys' Fees**

On August 3, 2005 the court granted plaintiff's motion to remand this action to state court, and granted plaintiff's motion for attorneys' fees and costs of suit pursuant to 28 U.S.C. section 1447(c), subject to receipt of evidence establishing the amount of reasonable attorneys' fees and costs that were incurred as a result of the removal of this action. See Gens v. Ferrell, No. C 05-2183 MHP, 2005 WL 1865443 (N.D. Cal. Aug. 4, 2005) (Patel, J.).

In the motion to remand, plaintiff alleged $11,452.50 in fees. On August 17, 2005, plaintiff filed a supplemental memorandum and declaration including a breakdown of costs and tasks performed, increasing the amount of the request from $11,452.50 to $56,822.00. On August 29, 2005, plaintiff filed a supplemental declaration attaching thirty-nine pages of redacted billing statements.

After reviewing and considering these and other documents in the record, the court requests that plaintiff submit for *in camera* review unredacted copies of the contemporaneous time records (not final billing statements) for attorneys Klein, Levy, and Yob, reflecting their work on plaintiff's motion to remand and motion for attorneys' fees. These copies shall be accompanied by a brief

declaration attesting that they are true and correct copies of the original records and be filed within fifteen (15) days of the date of this order.. The parties shall submit no further memoranda or declarations in this matter until further notice by the court.

IT IS SO ORDERED.

Dated: Sept. 26, 2005

MARILYN HALL PATEL
District Judge
United States District Court
Northern District of California